ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 24 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
 :
UNITED STATES OF AMERICA :
 :      **INDICTMENT**       JUDGE BERMAN
      - v. - :
 :      22 Cr. ____
BENITO BELLO, :
a/k/a "Zuriel Ayala Rodriguez" :      **22 CRIM 455**
 :
                Defendant. :
- - - - - - - - - - - - - - - - - X

**COUNT ONE**
**(Possession with Intent to Distribute a Controlled Substance)**

The Grand Jury charges:

1. On or about August 10, 2022, in the Southern District of New York and elsewhere, BENITO BELLO, a/k/a "Zuriel Ayala Rodriguez," the defendant, intentionally and knowingly distributed and possessed with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1).

2. The controlled substance involved in the offense was 400 grams and more of mixtures and substances containing a detectable amount of fentanyl.

(Title 21, United States Code, Sections 812, 841(a)(1) and (b)(1)(A).)

**COUNT TWO**
**(Possession with Intent to Distribute a Controlled Substance)**

The Grand Jury further charges

3. On or about August 10, 2022, in the Southern District of New York and elsewhere, BENITO BELLO, a/k/a "Zuriel

Ayala Rodriguez," the defendant, intentionally and knowingly distributed and possessed with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1).

4. The controlled substance involved in the offense was 500 grams and more of mixtures and substances containing a detectable amount of cocaine.

(Title 21, United States Code, Sections 812, 841(a)(1) and (b)(1)(B).)

## FORFEITURE ALLEGATION

5. As a result of committing the controlled substance offenses alleged in Counts One and Two of this Indictment, BENITO BELLO, a/k/a "Zuriel Ayala Rodriguez," the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses, and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### Substitute Assets Provision

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

_____
FOREPERSON

_____
DAMIAN WILLIAMS
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

BENITO BELLO,
a/k/a
"Zuriel Ayala Rodriguez,"

Defendant.

**INDICTMENT**

22 Cr.

(21 U.S.C. §§ 812, 841.)

DAMIAN WILLIAMS
United States Attorney

*/s/ Foreperson*
Foreperson

8/24/22
NE

Indictment Filed

Case assigned to Judge Berman
Wheel A

Sarah L. Cave
USMJ