**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                22 CR. 455 (RMB)

   -against-

                                                              **ORDER**

BENITO BELLO,
                Defendants.
------------------------------------------------------------X

       The status conference previously scheduled for Tuesday, October 25, 2022 at 10:30 AM is hereby rescheduled to Wednesday, October 19, 2022 at 11:30 AM.


Dated: October 6, 2022
         New York, NY

                                                                     *Richard M. Berman*
                                                         _____
                                                                RICHARD M. BERMAN
                                                                      U.S.D.J.