**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

     -against-

BENITO BELLO,
                Defendant.
------------------------------------------------------------X

22 CR. 455 (RMB)

**<u>ORDER</u>**

      The status conference previously scheduled for Wednesday, October 19, 2022 at 11:30 AM is hereby rescheduled to Tuesday, November 1, 2022 at 9:30 AM. The proceeding will be held in Courtroom 17B.

Dated: October 17, 2022
       New York, NY

                                             *Richard M. Berman*
                                            _____
                                                RICHARD M. BERMAN
                                                      U.S.D.J.