**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

                                                                               22 CR. 455 (RMB)
  -against-

                                                                              **ORDER**

BENITO BELLO,
               Defendant.
-----------------------------------------------------------X

      The status conference previously scheduled for Tuesday, November 1, 2022 at 9:30 AM is hereby rescheduled to 2:00 PM on the same date. The proceeding will be held in Courtroom 17B.

Dated: October 27, 2022
       New York, NY

                                                                           _____
                                                                              RICHARD M. BERMAN
                                                                                  U.S.D.J.