**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

BENITO BELLO,
                Defendants.
------------------------------------------------------------X

22 CR. 455 (RMB)

**<u>ORDER</u>**

      The status conference scheduled for Thursday, January 5, 2023 at 9:00 AM will be held in Courtroom 17B.

Dated: January 3, 2023
       New York, NY

_____
     RICHARD M. BERMAN
          U.S.D.J.