UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

BENITO BELLO,
                Defendants.
------------------------------------------------------------X

22 CR. 455 (RMB)

**AMENDED ORDER**

      The status conference scheduled for Thursday, January 5, 2023 at 9:00 AM is hereby rescheduled to 1:00 PM on the same date.

      The proceeding will be held in Courtroom 23A.

Dated: January 4, 2023
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.