UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,   :      22 CR. 455 (RMB)
                                           :
      - against -                         :      **ORDER**
                                           :
BENITO BELLO,                              :
                                           :
                Defendant.    :
-------------------------------------------------------------x

       The status conference scheduled for Wednesday, April 26, 2023 at 10:00 A.M. will take place in Courtroom 17B.

Dated: April 19, 2023
       New York, NY

                                           _____
                                              RICHARD M. BERMAN
                                                  U.S.D.J.