**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,   :   22 CR. 455 (RMB)
                                           :
      - against -                         :   **ORDER**
                                           :
BENITO BELLO,                              :
                                           :
                Defendant.    :
-------------------------------------------------------------x

The plea scheduled for Wednesday, September 20, 2023 at 10:00 A.M. will take place in Courtroom 17B.

Dated: September 13, 2023
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.