**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA, :
:
                            Government, :     22 CR. 455 (RMB)
:
      - against - :     **ORDER**
:
BENITO BELLO, :
:
                            Defendant. :
---------------------------------------------------------------x

      The plea scheduled for Tuesday, October 17, 2023 at 11:00 A.M. will take place in Courtroom 17B.

Dated: October 11, 2023
      New York, NY

                                               _____
                                                 RICHARD M. BERMAN
                                                     U.S.D.J.