**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                      :
                                               :
                Government,   :   22 CR. 455 (RMB)
                                               :
      - against -                            :   **ORDER**
                                               :
BENITO BELLO,                                  :
                                               :
                Defendant.    :
-------------------------------------------------------------x

      The sentencing scheduled for Wednesday, January 31, 2024 at 10:00 A.M. will take place in Courtroom 17B.

Dated: January 17, 2024
      New York, NY

                                                          RICHARD M. BERMAN
                                                              U.S.D.J.