**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,       :       22 CR. 455 (RMB)
                                           :
    - against -                         :       **ORDER**
                                           :
                                           :
BENITO BELLO,                              :
                                           :
                Defendant.        :
------------------------------------------------------------x

       The sentencing scheduled for Tuesday, March 26, 2024 at 10:00 A.M. will take place in Courtroom 17B.

Dated: March 18, 2024
       New York, NY

                                          RICHARD M. BERMAN
                                              U.S.D.J.